PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAURIE DUNLAP, Ph.D., | ) | |
| | ) | CASE NO. 5:22CV0073 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| UNIVERSITY OF AKRON, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

On March 22, 2023, the Court conducted a Final Pretrial Conference, at which time counsel informed the Court that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before May 5, 2023, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The trial set on April 17, 2023 is cancelled.

IT IS SO ORDERED.

   March 23, 2019                              */s/ Benita Y. Pearson*
Date                                           Benita Y. Pearson
                                                     United States District Judge