Approved.
/s/ *Benita Y. Pearson* on 5/5/2023
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| LAURIE DUNLAP, | CASE NO. 5:22CV0073 |
| *Plaintiff,* | JUDGE BENITA Y. PEARSON |
| v. | |
| UNIVERSITY OF AKRON | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *Defendant.* | |

Plaintiff Laurie Dunlap and Defendant University of Akron hereby stipulate to the dismissal of this matter, with prejudice, in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| DAVE YOST (0056290)<br>Attorney General of Ohio<br><br>/s/ *Sarah J. Moore*<br>Sarah J. Moore (0065381)<br>sjm@zrlaw.com<br>Drew C. Piersall (0078085)<br>dcp@zrlaw.com<br>ZASHIN & RICH CO., LPA<br>950 Main Avenue, 4th Floor<br>Cleveland, Ohio 44113<br>Telephone: (216) 696-4441<br>Facsimile: (216) 696-1618<br><br>*Attorneys for Defendant* | /s/ *Ellen M. Kramer*<br>Ellen M. Kramer (0055552)<br>emk@crklaw.com<br>Joshua R. Cohen (0032368)<br>jcohen@crklaw.com<br>COHEN ROSENTHAL & KRAMER LLP<br>3208 Clinton Avenue<br>One Clinton Place<br>Cleveland, Ohio 44113<br>(216) 815-9500 (Tel.)<br>(216) 781-8061 (Fax)<br><br>*Attorneys for Plaintiff* |